The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAYLOR UNITED, INC., a Washington corporation; and HELEN G. SENFF, a widow, <br><br> Plaintiff, <br><br> v. <br><br> PETER J. GOLDMARK, in his official capacity as the Washington State Commissioner of Public Lands, <br><br> Defendant. | No. C09-5113-RBL <br><br> **STIPULATION AND ORDER REGARDING STAY** |

## STIPULATION

Plaintiffs Taylor United, Inc. ("Taylor") and Helen G. Senff ("Senff") and Defendant Peter J. Goldmark, in his official capacity as the Washington State Commissioner of Public Lands ("Commissioner"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. This matter involves a dispute between Taylor, Senff, the Washington Department of Natural Resources ("DNR"), and the Commissioner regarding the ownership, as well as the past, present and future use, of certain tidelands and shellfish in Totten Inlet, Thurston County, Washington. The tidelands that are the subject of the aforementioned

**STIPULATION AND ORDER REGARDING STAY** - 1
Case No. C09-5113-RBL

GordonDerr.

2025 First Avenue, Suite 500
Seattle, WA 98121-3140
(206) 382-9540

Y:\WP\TAYLOR\TOTTEN QUIET TITLE ACTION\FEDERAL COURT\P.STIPULATION - ORDER REGARDING STAY.FINAL.060409.SWP.DOC

dispute are hereinafter referred to as "the Disputed Area."

2. The parties wish to resolve this dispute by agreement rather than through litigation. To that end, Taylor and DNR have entered into a Settlement Agreement ("Agreement") under which Taylor will submit, and DNR will process, applications for an Oyster Harvest Use Authorization and a Geoduck Harvest Use Authorization that, if granted, would allow the harvest of oysters and geoduck currently planted in the Disputed Area at issue in this matter.

3. The Agreement provides, in part, that (a) within five days of the issuance of the Oyster Harvest Use Authorization, Taylor and DNR will jointly seek a stay of this lawsuit during the effectiveness of the Agreement; and (b) if and when the Geoduck Harvest Use Authorization becomes final (as that term is defined in the Agreement), Taylor will dismiss its claims in this lawsuit with prejudice.

3. DNR has issued the Oyster Harvest Use Authorization.

4. Accordingly, pursuant to the Agreement, Taylor and the Commissioner wish to stay this lawsuit during the effectiveness of the Agreement.

5. For the reasons stated herein, the Court should enter an order in the form subjoined hereto.

Dated this 8th day of June, 2009.

**GORDONDERR LLP**

By: __/s/_____
    Samuel W. Plauché, WSBA #25476
    Duncan M. Greene, WSBA #36718
    Amanda M. Carr, WSBA #38025
    Attorneys for Plaintiffs Taylor United Inc.
    2025 First Avenue, Suite 500
    Seattle, WA 98121
    Phone: 206-382-9540

**STIPULATION AND ORDER REGARDING STAY** - 2
Case No. C09-5113-RBL



2025 First Avenue, Suite 500
Seattle, WA 98121-3140
(206) 382-9540

Y:\WP\TAYLOR\TOTTEN QUIET TITLE ACTION\FEDERAL COURT\P.STIPULATION - ORDER REGARDING STAY.FINAL.060409.SWP.DOC

**LAW OFFICES OF ROBERT JOHNSON**

By:   /s/
  Robert Johnson, WSBA #15486
  Attorney for Plaintiff Helen G. Senff
  103 South 4th Street
  P.O. Box 1400
  Shelton, Washington 98584
  Phone: 360-426-9728

**ROBERT M. McKENNA**
**Attorney General**

By:   /s/
  Mr. Joseph V. Panesko, WSBA #25289
  Ms. Pamela W. Krueger, WSBA #24913
  Assistant Attorneys General
  Washington State Attorney General's Office
  Attorneys for Defendant Peter J. Goldmark
  1125 Washington Street SE
  P.O. Box 40100
  Olympia, WA 98504-0100
  Phone: 360-586-0643

## ORDER

This matter coming before the Court on the stipulation of the parties, as set forth above, and the Court finding it to be well-taken, NOW, THEREFORE, IT IS HEREBY ORDERED that this matter is hereby stayed during the effectiveness of the Agreement

IT IS SO ORDERED.

Dated this 11th day of June, 2009

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER**
**REGARDING STAY** - 3
Case No. C09-5113-RBL



2025 First Avenue, Suite 500
Seattle, WA 98121-3140
(206) 382-9540

Y:\WP\TAYLOR\TOTTEN QUIET TITLE ACTION\FEDERAL COURT\P.STIPULATION - ORDER REGARDING STAY.FINAL.060409.SWP.DOC

Presented by:

**GORDONDERR LLP**

By: /s/
    Samuel W. Plauché, WSBA #25476
    Duncan M. Greene, WSBA #36718
    Amanda M. Carr, WSBA #38025
    Attorneys for Plaintiffs Taylor United, Inc.
    2025 First Avenue, Suite 500
    Seattle, WA 98121
    Phone: 206-382-9540

**ROBERT M. McKENNA**
**Attorney General**

By: /s/
    Mr. Joseph V. Panesko, WSBA #25289
    Ms. Pamela W. Krueger, WSBA #24913
    Assistant Attorneys General
    Washington State Attorney General's Office
    Attorneys for Defendant Peter J. Goldmark
    1125 Washington Street SE
    P.O. Box 40100
    Olympia, WA 98504-0100
    Phone: 360-586-0643

**LAW OFFICES OF ROBERT JOHNSON**

By: /s/
    Robert Johnson, WSBA #15486
    Attorney for Plaintiff Helen G. Senff
    103 South 4th Street
    P.O. Box 1400
    Shelton, Washington 98584
    Phone: 360-426-9728

**STIPULATION AND ORDER REGARDING STAY** - 4
Case No. C09-5113-RBL

**GordonDerr**
2025 First Avenue, Suite 500
Seattle, WA 98121-3140
(206) 382-9540

Y:\WP\TAYLOR\TOTTEN QUIET TITLE ACTION\FEDERAL COURT\P.STIPULATION - ORDER REGARDING STAY.FINAL.060409.SWP.DOC